**No. 63182.**—Capitol Distributors Corp. et al. *v.* United States, protests 58/9719, etc. (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

**No. 63183.**—Frank P. Dow Co., Inc. *v.* United States, protest 225258–K (San Francisco).

Opinion by JOHNSON, J.  In accordance with oral stipulation of counsel that the merchandise consists of wall plaques or plates the same as those the subject of *United China & Glass Co.* v. *United States* (39 Cust. Ct. 167, C.D. 1920), the claim of the plaintiff was sustained.

**No. 63184.**—Dreyfus Ashby & Co., Inc. *v.* United States, protest 58/11663 (New York).

Opinion by JOHNSON, J.  It was stipulated that the facts and issues herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C.C.P.A. 112, C.A.D. 351) and that the quantities, two cases of Annis liqueur, reported by the inspector as manifested, not found, were not in fact received by the importer.  In accordance with stipulation of counsel and following the decision cited, it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found.  The protest was sustained to this extent.

**No. 63185.**—Metallurg, Inc. *v.* United States, protest 58/7755 (Philadelphia).

Opinion by JOHNSON, J.  In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 63186.**—Joseph F. Mariano *v.* United States, protest 58/18466 (New York).

Opinion by JOHNSON, J.  In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.